UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BILL J. SWANN, | ) | |
| | ) | CASE NO. C11-5166-TSZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER REMANDING CASE |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 12, to which no objections have been filed, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation; and

/ / /

ORDER REMANDING CASE
PAGE - 1

(3)  The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 9th day of December, 2011.

_____
Thomas S. Zilly
United States District Judge

ORDER REMANDING CASE
PAGE - 2